JS - 6
**FILED: 6/26/13**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Seyfi Tahereh*,

        **Plaintiff,**

        v.

*Vericrest Financial, Inc., et al.*

        **Defendants.**

**CASE NO. CV 13-2451-GHK (PJWx)**

**JUDGMENT**

Pursuant to the Court's June 10, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Seyfi Tahereh's ("Plaintiff") claims against Defendant CitiMortgage, Inc. are **DISMISSED with prejudice.** Pursuant to the Court's June 26, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendants Vericrest Financial, Inc., and US Bank Trust National Association, LSF7 NPL VI Trust are **DISMISSED without prejudice**.

    **IT IS SO ORDERED**.

    DATED: June 26, 2013

_____
GEORGE H. KING
Chief United States District Judge